USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 8/12/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

August 12, 2008

**By Facsimile to # 212-805-7920**

The Honorable Shira A. Scheindlin
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

Re: Vives v. City of New York, 02 Civ. 6646 (SAS)

Dear Judge Scheindlin:

As the Court may recall, the New York Solicitor General has been invited to file a brief as amicus curiae in this case on the subject of the obligation of the New York City Police Department to enforce New York Penal Law § 240.30(1). We write to respectfully request permission to file such a brief in excess of the page limitations set forth in the Court's Individual Rules and Procedures.

Due to the complexity of the issues presented by the question posed by the Court, we request leave to file a brief of no more than 40 pages.

Respectfully yours,

Request DENIED. All page limits remain in effect. So Ordered

Peter Karanjia
Special Counsel to the
Solicitor General

cc: Caryn A. Rosencrantz, Esq. (by facsimile)
City of New York Law Department
100 Church Street
New York, NY 10007

USDJ
8/12/08

Christopher Dunn, Esq. (by facsimile)
New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, NY 10004